UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 10-21739-CIV-GRAHAM/TORRES

OPTICAL SUPPLY, INC., on behalf of itself and
all others similarly situated,

                Plaintiffs,

   vs.

TRANSITIONS OPTICAL, INC., ESSILOR
INTERNATIONAL SA, ESSILOR OF
AMERICA, INC., and ESSILOR
LABORATORIES OF AMERICA, INC.,

                Defendants.
_____/

## JOINT STATUS REPORT

Pursuant to this Court's June 23, 2010 Order which, among other things, stayed all pretrial deadlines and discovery in this action pending disposition of the motions currently pending before the U.S. Judicial Panel on Multidistrict Litigation (the "MDL Panel"), Plaintiff Optical Supply, Inc. ("Optical Supply") and Defendants Transitions Optical, Inc. ("TOI"), Essilor International SA, Essilor of America, Inc., and Essilor Laboratories of America, Inc. (collectively the "Essilor Defendants") jointly submit the following status report.[1]

On April 22, 2010, Plaintiff Optical Supply filed a motion with the MDL Panel seeking transfer to and consolidation or coordination of the then pending class actions in the Southern District of Florida. Since then, additional class actions have been filed, bringing the total number

---

[1] Defendant Essilor International S.A., a company organized under the laws of and doing business in France, and defendants Essilor of America, Inc. and Essilor Laboratories of America, Inc. join this report without prejudice to or waiver of any personal jurisdiction or other defense any of them might later assert in this action.

of related actions pending in federal district courts to twenty-two.[2]  All of the parties in the Related Actions support transfer and consolidation or coordination, but some plaintiffs have advocated for transferee districts other than the Southern District of Florida – namely, the Middle District of Florida, the Northern District of Texas, the Western District of Washington, and the Northern District of California.  The defendants in the Related Actions requested transfer of the cases to either the Middle District of Florida, where TOI is located, or the Northern District of Texas, where the Essilor Defendants are located.

In briefing submitted to the MDL Panel, every plaintiff except two argued that, as a first or second choice, transferring the Related Actions to a district in Florida would be appropriate.  Plaintiff Optical Supply, for its part, argued that the Southern District of Florida would be a more appropriate venue than the Middle District of Florida for reasons of efficiency and ease of travel.[3]

The MDL Panel scheduled a hearing on July 29, 2010.  The parties intend to notify the Court of the MDL Panel's transfer order.

---

[2] To date, 22 related class actions (hereinafter, "Related Actions") have been filed in the following federal judicial districts: Southern District of Florida, Middle District of Florida, Western District of Washington, Eastern District of Wisconsin, Central District of California, Northern District of California, Northern District of Texas, District of Columbia, and District of Kansas.  In addition, one class action, *Cadzow v. Transitions Optical, Inc.*, Case No. 2010-022673, was originally filed in Florida state court in the Circuit Court of the Eleventh Judicial Circuit for Miami-Dade County, FL and was transferred to Circuit Court of the Sixth Judicial Circuit for Pinellas County, FL on May 11, 2010.  As of the date of this filing, it has not been removed to federal court, and is not subject to transfer and consolidation by the MDL Panel.  Of the 22 Related Actions, 14 are brought on behalf of direct purchasers of photochromic lenses and eight are brought on behalf of indirect purchasers of photochromic lenses.

[3] One class action, *Donohoe v. Transitions Optical, Inc.*, N.D.Cal. Case No. 10-cv-1984, has argued that their action alone should be neither transferred nor consolidated.

- 3 -

To date, the parties have had no discussions regarding settlement or mediation.

Dated:  July 29, 2010

Respectfully and jointly submitted,

| | |
|---|---|
| s/Katherine W. Ezell_____ | s/Robert T. Watson_____ |
| Robert C. Josefsberg (Fla. Bar No. 040856) | Robert T. Watson (Fla. Bar No. 679429) |
| Katherine W. Ezell (Fla. Bar No. 114771) | **HOLLAND & KNIGHT LLP** |
| Ramon A. Rasco (Fla Bar No. 0617334) | 701 Brickell Avenue, Suite 3000 |
| **PODHURST ORSECK, P.A.** | Miami, Florida 33131 |
| City National Bank Building | Telephone:  305-789-7670 |
| 25 West Flagler Street, Suite 800 | Facsimile:  305-789-7799 |
| Miami, FL 33130 | robert.watson@hklaw.com |
| Telephone: 305.358.2800 | |
| Fax: 305.358.2382 | *Local Counsel for Defendant* |
| rjosefsberg@podhurst.com | *Transitions Optical, Inc.* |
| kezell@podhurst.com | |
| rrasco@podhurst.com | |
| | |
| *Local Counsel for Plaintiff* | s/Edward M. Waller, Jr._____ |
| *and the Proposed Class* | Edward M. Waller, Jr. (Fla. Bar No. 106341) |
| | **FOWLER WHITE BOGGS P.A.** |
| Steven A. Schwartz (*pro hac vice*) | P.O. Box 1438 |
| Benjamin F. Johns (*pro hac vice*) | Tampa, Florida 33601 |
| **CIMICLES & TIKELLIS LLP** | Telephone:  (813) 228-7411 |
| One Haverford Centre | Facsimile:   (813) 229-8313 |
| 361 West Lancaster Avenue | ewaller@fowlerwhite.com |
| Haverford, Pennsylvania 19041 | |
| Telephone: 610.642.8500 | |
| Fax: 610.649.3633 | *Counsel for Defendants Essilor* |
| sas@chimicles.com | *International SA, Essilor of America, Inc.* |
| bfj@chimicles.com | *and Essilor Laboratories of America, Inc.* |
| | |
| *Counsel for Plaintiff* | |
| *and the Proposed Class* | |